E-FILED
Monday, 11 September, 2006  10:04:08 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

FILED
SEP - 8 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CRIMINAL NO. 06-300 66 |
| ) | VIO:  8 U.S.C. § 1326(a) & (b)(2), |
| JOSE VILLANUEVA-GARZA, ) | 6 U.S.C. §§ 202 & 557. |
| ) | |
| Defendant. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

On or about July 13, 2006, within the Central District of Illinois, the defendant,

**JOSE VILLANUEVA-GARZA,**

an alien, who had been convicted of Felony Transport/Sell/Offer to Sell cocaine, on or about September 16, 1992 in Santa Clara County, California, and thereafter, pursuant to law was deported and removed from the United States on August 24, 1993, was found in the United States without the Attorney General nor the Secretary of the Department of Homeland Security having expressly consented to such alien's reapplying for admission into the United States.

In violation of Title 8, United States Code, Section 1326(a) and (b)(2) and Title 6, United States Code, Sections 202(3), (4) and 557.

A TRUE BILL,

_____
FOREPERSON

_____
RODGER A. HEATON
UNITED STATES ATTORNEY
GMG