# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs<br><br>JOSE VILLANUEVA-GARZA<br>Schuyler County Jail in Rushville, IL<br><br>Defendant | **WARRANT FOR ARREST**<br><br>CASE NO. 06-30066 |

**FILED**
SEP 14 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RECEIVED 2006 SEP -8 P 4:33 U.S. MARSHALS SERVICE CENTRAL ILLINOIS

TO:    THE U. S. MARSHAL and any
       AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest JOSE VILLANUEVA-GARZA, and bring him or her forthwith to the nearest magistrate judge to answer an Indictment charging him or her with unlawful reentry after deportation in violation of Title 8, United States Code, Section(s) 1326(a) & (b)(2) and Title 6, United States Code, Section(s) 202(3), (4) & 557.

s/ John M. Waters

**JOHN M. WATERS**
Name of Issuing Officer

**CLERK U.S. DISTRICT COURT**
Title of Issuing Officer

s/John M. Waters
Signature of Issuing Officer

September 8, 2006 at Springfield, Illinois
Date and Location

Bail fixed at $ <u>No Bail/Bond</u> by US Magistrate Judge Byron Cudmore.

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at Beardstown, IL

| Date Received | 9/8/06 | Name of Arresting Officer | William Hutton | Signature of Arresting Officer | [signature] |
|---|---|---|---|---|---|
| Date of Arrest | 9/7/06 | Title of Arresting Officer | Special Agent ICE | | |