UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 06-30066 |
| ) | |
| JOSE VILLANUEVA-GARZA, ) | |
| ) | |
| Defendant. ) | |

MOTION TO CONTINUE

Now comes the Defendant JOSE VILLANUEVA-GARZA by his attorney, KARL W. BRYNING, and pursuant to Title 18 U.S.C. Section 3161(h)(8), moves this Court for the entry of an Order continuing the pretrial conference presently scheduled for December 18, 2006 and the trial, presently scheduled for January 3, 2007 for approximately 30 days, and, in support thereof, states as follows:

1. Defense counsel requires additional time to schedule a Spanish language interpreter for the purpose of conferring with Mr. Villanueva-Garza regarding the investigation conducted in this case.

2. It is anticipated that this case will be resolved short of trial.

3. Assistant United States Attorney Gregory Gilmore has been contacted and makes no objection to this motion.

4. In order to protect the defendant's Fifth and Sixth Amendment's rights to effective assistance of counsel, due process of law, and a fair trial, the ends of justice will be best served by continuing the pretrial conference and the jury trial to future dates.

WHEREFORE, defense counsel respectfully requests the entry of an Order continuing the pretrial conference jury trial dates in this cause for approximately 30 days.

        JOSE VILLANUEVA-GARZA, Defendant

        s/ Karl W. Bryning
        Attorney for Defendant
        Assistant Federal Public Defender
        401 Main Street, Suite 1500
        Peoria, Illinois 61602
        Phone: 309/671-7891
        FAX: 309/671-7898
        Email: karl_bryning@fd.org

CERTIFICATE OF SERVICE

      I hereby certify that on December 13, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Mr. Gregory M. Gilmore, Assistant United States Attorney, 318 S. 6th Street, Springfield, IL 62701-1806.

      s/ Karl W. Bryning
Attorney for Defendant
Assistant Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
FAX: 309/671-7898
Email: karl_bryning@fd.org